[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 2, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-12385
Non-Argument Calendar

_____

D. C. Docket No. 06-00005-CR-WLS-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARL SHERRILL, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(November 2, 2007)**

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Carl Sherrill, Jr., has filed a motion

to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v.</u> <u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Sherrill's conviction and sentence are **AFFIRMED**.